

# NUMBER 13-20-00136-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CRAIG HOLT, Appellant,

v.

THE STATE OF TEXAS, Appellee.

### On appeal from the 148th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Tijerina**

According to the record, the trial court has certified "the defendant has waived the right of appeal" in this matter. *See* TEX. R. APP. P. 25.2(a)(2).

On March 10, 2020, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings

as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification. Sufficient time has passed and this Court has not received a response.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4.   Accordingly, this appeal is DISMISSED.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of October, 2020.